No. 4003.—PUEBLO, apldo., *v.* ENCARNACIÓN, aplte.—C. D. San Juan. Acometimiento y agresión grave. Enero 27, 1930.

No. 4001.—PUEBLO, apldo., *v.* ENCARNACIÓN, aplte.—C. D. San Juan. Portar armas. Enero 27, 1930.

No. 4002.—PUEBLO, apldo., *v.* ENCARNACIÓN ET ALS., apltes. C. D. San Juan. Alterar la paz. Enero 27, 1930.

No. 4010.—PUEBLO, apldo., *v.* Aponte, aplte.—C. D. Arecibo. Acometimiento y agresión grave. Enero 27, 1930.

No. 4011.—PUEBLO, apldo., *v.* MALDONADO, aplte.—C. D. Arecibo. Acometimiento y agresión grave. Enero 27, 1930.

No. 4012.—PUEBLO, apldo., *v.* COLÓN, aplte.—C. D. Arecibo. Acometimiento y agresión grave. Enero 27, 1930.

No. 4013.—PUEBLO, apldo., *v.* CASTRO, aplte.—C. D. Arecibo. Portar Armas. Enero 27, 1930.

No. 4015.—PUEBLO, apldo., *v.* GONZÁLEZ, aplte.—C. D. Mayagüez. Escalamiento en primer grado. Enero 27, 1930.

No. 3955.—PUEBLO, apldo., *v.* LAINO, aplte.—C. D. Ponce. Alterar la paz. Febrero 3, 1930.

No. 4017.—PUEBLO, apldo., *v.* PÉREZ, aplte.—C. D. Aguadilla. Portar armas. Febrero 3, 1930.

No. 4021.—PUEBLO, apldo., *v.* RIVERA, aplte.—C. D. San Juan. Acometimiento y agresión, etc. Febrero 3, 1930.

No. 4024.—PUEBLO, apldo., *v.* MARTÍNEZ, aplte.—C. D. Aguadilla. Asesinato en segundo grado. Febrero 3, 1930.

No. 4025.—PUEBLO, apldo., *v.* MARTÍNEZ, aplte.—C. D. Aguadilla. Asesinato en segundo grado. Febrero 3, 1930.

No. 4026.—PUEBLO, apldo., *v.* MATOS, aplte.—C. D. San Juan. Delito contra natura. Febrero 3, 1930.

No. 4028.—PUEBLO, apldo., *v.* BADILLO, aplte.—C. D. Aguadilla. Escalamiento en primer grado. Febrero 3, 1930.

No. 4037.—PUEBLO, apldo., *v.* FELICIANO, aplte.—C. D. Mayagüez. Ataque con intención de cometer homicidio. Febrero 3, 1930.

No. 4039.—PUEBLO, apldo., *v.* CASTRO, aplte.—C. D. Mayagüez. Hurto, etc. Febrero 3, 1930.